UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DEA M. SHANDA,                               CIVIL NO. 14-1838 (MJD/JSM)

    Plaintiff,

v.                                           ORDER

CAROLYN W. COLVIN,
Acting Commissioner of
Social Security,

    Defendant.

This matter came before the Court on the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated June 22, 2015. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, and upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order:

IT IS HEREBY ORDERED that

1. Plaintiff's Motion for Summary Judgment [Docket No. 8] is **GRANTED** in part and **DENIED** in part;

2. Defendant's Motion for Summary Judgment [Docket No. 10] is **DENIED**;

3. This case is remanded for further proceedings consistent with the Report and Recommendation of the Magistrate Judge.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 6, 2015                          s/Michael J. Davis
                                             MICHAEL J. DAVIS
                                             United States District Court